UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00071-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| QUINTON L. WASHINGTON (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 37) and response (Record Document 38) thereto filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 19) and Supplemental Motion to Suppress (Record Document 32) be and are hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 16th day of September, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT